UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION



FILED
APR 08 2016

| | |
|---|---|
| LOREN C. TWO BULLS, a/k/a Loren Reyna, a/k/a Loren Two Bulls, Jr.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRIANA RIES, Senior Correctional Officer at the South Dakota State Penitentiary, official and individual capacities; LIEUTENANT BECKER, Commanding Officer at the South Dakota State Penitentiary, official and individual capacities; BOB DOOLEY, Chief Warden at the South Dakota Department of Corrections, official and individual capacities; DARIN YOUNG, Warden at the South Dakota State Penitentiary, official and individual capacities,<br><br>　　　　　　Defendants. | 4:15-CV-04185-RAL<br><br><br><br>JUDGMENT OF DISMISSAL |

For the reasons contained in the Order Dismissing Complaint, it is

ORDERED, ADJUDGED, AND DECREED that Judgment of Dismissal against Plaintiff hereby enters on all claims under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated April 8th, 2016.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE